PER CURIAM.
We deny the petition for writ of certiora-ri but certify the following question to the Florida Supreme Court as one of great public importance:
DOES A TELEVISION JOURNALIST HAVE A QUALIFIED PRIVILEGE IN A CRIMINAL PROCEEDING TO REFUSE TO PRODUCE NON-TELEVISED VIDEO TAPES DEPICTING THE DEFENDANT IN THE CUSTODY OF THE POLICE WHEN THE DEFENDANT REQUESTS THE TAPES IN ORDER TO ASSIST IN THE PREPARATION OF HIS DEFENSE?
DOWNEY, ANSTEAD and LETTS, JJ., concur.